# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                                                                    CASE NO. 5:97cr32LAC

HAYES ROBINSON, JR.

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 14, 2008

Motion/Pleadings: **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Filed by **DEFENDANT PRO SE** on 12/31/2007 Doc.# 29

RESPONSES:

                                                  on          Doc.#

                                                  on          Doc.#

\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.

\_\_\_\_ Unopposed     \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of January, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) The Court will not consider a motion for early termination unless it certifies the approval of the supervising probation officer.*

                                                                     *s/L.A. Collier*
                                                                     **LACEY A. COLLIER**
                                                     *Senior United States District Judge*

```
Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
```

                                        Document No.